UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>    Petitioner,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Respondents. | Case No. 17-cv-02438-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 29, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge